UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST,

    *Plaintiff,*

v.

U.S. DEPARTMENT OF
TRANSPORTATION,

    *Defendant*.

Civil Action No. 22-1563 (BAH)

## JOINT STATUS REPORT

Pursuant to the Court's February 15, 2023 Minute Order, the parties respectfully submit this Joint Status Report for this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. On June 2, 2022, Plaintiff initiated this civil action regarding a FOIA request that was submitted on December 17, 2021, and is attached to the Complaint as Exhibit A (ECF No. 1-1).

2. Defendant made its final production on December 29, 2022.

3. The parties conferred regarding Defendant's production.

4. Defendant made supplemental productions on February 13, 2023, and March 31, 2023.

5. At this time, the parties have resolved any issues pertaining to the search and redactions.

6. The parties' remaining issues pertain solely to Plaintiff's eligibility for and, if eligible, the quantum of, attorney's fees and costs. The parties will continue to discuss and see if they can amicably resolve these issues.

7. The parties propose that they submit their next Joint Status Report on or before June 8, 2023, which allows time for the parties to continue their discussions.

Dated: May 12, 2023

Respectfully submitted,

PROTECT THE PUBLIC'S TRUST
By Counsel:

*/s/ Gary M. Lawkowski*
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for the United States of America*